IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY BODFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3097 |
| | ) | |
| v. | ) | |
| | ) | |
| AG VALLEY COOPERATIVE, | ) | **MEMORANDUM** |
| NON-STOCK, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant filed a motion for summary judgment (filing 14) on January 21, 2011, making Plaintiff's opposition due on February 14, 2011. Plaintiff filed a motion (filing 17) for enlargement of time within which to respond to such motion on February 16, 2011—two days after Plaintiff's response was due. Defendant has objected (filing 18) to Plaintiff's request for an extension of time due to counsel's failure to comply with the local rules of this court regarding such motions. *See* Fed. R. Civ. P. 6(b)(1)(B) (court "may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect"); NECivR 6.1(a)(2) (only "assigned judge may grant other or additional extensions of time for good cause shown").

Plaintiff's motion to extend arguably suggests "good cause," as the motion states that counsel needs additional time to "properly" prepare a brief addressing the extensive amount (66) of alleged uncontroverted facts in Defendant's motion for summary judgment. (*See* Filing 15, Def's Br. Supp. Mot. Summ. J. at CM/ECF pp. 7-17.) However, Plaintiff's motion fails to establish "excusable neglect," as required by Fed. R. Civ. P. 6(b)(1)(B). Accordingly, I shall deny Plaintiff's motion for an extension of time without prejudice to refiling the motion to include a showing of

"excusable neglect."[1]

    IT IS ORDERED that Plaintiff's motion (filing 17) to extend the time to respond to Defendant's motion for summary judgment (filing 14) is denied without prejudice to refiling such motion to include a showing of excusable neglect.

    DATED this 17th day of February, 2011.

                                      BY THE COURT:
                                      *Richard G. Kopf*
                                      United States District Judge

---

[1] Fed. R. Civ. P. 1 states that the Federal Rules of Civil Procedure "should be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding." Multiple motions and court orders regarding a simple motion for an extra ten days to submit a brief seems anything but "just, speedy, and inexpensive." Indeed, it seems crazy.

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.